150821.137

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BROOKE MIKITA GRASLEY, Special Administrator of the Estate of Z.G., Deceased, and BROOKE MIKITA GRASLEY, Individually,,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, PRESENCE HOSPITALS PRV, a corporation, d/b/a PRESENCE SAINT JOSEPH MEDICAL CENTER, f/k/a PROVENA SAINT JOSEPH MEDICAL CENTER, PRESENCE HEALTH PARTNERS, LLC, a corporation, JOLIET RADIOLOGICAL SERVICE CORPORATION, a corporation, EDWARD J. BRUNO, M.D.,<br><br>Defendants. | No. 1:16-cv-01902<br>Judge Samuel Der-Yeghiayan |

## PROOF OF SERVICE

To: Mr. Keith A. Hebeisen
Ms. Sarah F. King
Clifford Law Offices, P.C.
120 North LaSalle Street
Suite 3100
Chicago, IL 60602
E-mail: kah@cliffordlaw.com; lburgess@cliffordlaw.com
E-mail: SFK@CliffordLaw.com

Ms. Patricia S. Kocour
Ms. Jessica Levitt
Swanson, Martin & Bell, LLP
One IBM Plaza
330 North Wabash Avenue
Suite 3300
Chicago, IL 60611
E-mail: Pkocour@smbtrials.com; acombs@smbtrials.com
E-mail: jlevitt@smbtrials.com

Ms. Gina Brock
U.S. Attorney
E-mail: Gina.Brock@usdoj.gov

I, Bonita Escobedo, a non-attorney, on oath state that I served a copy of the foregoing Interrogatories and Request To Produce Related to Healthcare Insurance, Rule 34 Requests To Produce To plaintiff, and Interrogatories To Plaintiff by electronically mailing a copy of same to all attorneys of record in this case on this **29th** day of **March, 2016**.

/s/Bonita Escobedo

## Bonita Escobedo

**From:** Bonita Escobedo
**Sent:** Tuesday, March 29, 2016 8:42 AM
**To:** 'kah@cliffordlaw.com'; 'lburgess@cliffordlaw.com'; 'SFK@CliffordLaw.com'
**Cc:** 'Pkocour@smbtrials.com'; 'acombs@smbtrials.com'; 'jlevitt@smbtrials.com'; 'Gina.Brock@usdoj.gov'
**Subject:** Grasley v. The United State of America, et al.,
**Attachments:** discovery to plaintiff.pdf

Good day,

Attached please find our discovery with accommanying proof of service propounded on plaintiff.

Enjoy Today,

*Bonita*

Legal secretary to Sherri M. Arrigo, Joseph P. Lupinacci
and Elizabeth C. Christen
**Donohue Brown Mathewson & Smyth LLC**
140 S. Dearborn St., Suite 800, Chicago, IL 60603
Direct Dial: 312/422-0997 * Fax: 312/422-0909