KAH/tls 15-0061

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BROOKE MIKITA GRASLEY, Special Administrator of the Estate of Z.G., Deceased, and BROOKE MIKITA GRASLEY, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>PRESENCE HOSPITALS PRV, a corporation, d/b/a PRESENCE SAINT JOSEPH MEDICAL CENTER, f/k/a PROVENA SAINT JOSEPH MEDICAL CENTER,<br>PRESENCE HEALTH PARTNERS, LLC, a corporation,<br>JOLIET RADIOLOGICAL SERVICE CORPORATION, a corporation,<br>EDWARD J. BRUNO, M.D.,<br><br>Defendants. | ) | No. 16-cv-01902<br><br>Honorable Samuel Der-Yeghiayan<br><br>Magistrate Judge Cox |

**<u>PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, PRESENCE HEALTH PARTNERS, LLC, a corporation</u>**

Plaintiffs, BROOKE MIKITA GRASLEY, Special Administrator of the Estate of Z.G., Deceased, and BROOKE MIKITA GRASLEY, Individually, by their attorneys, CLIFFORD LAW OFFICES, P.C., move this Court pursuant to Federal Rule of Civil Procedure 41(a)(2), to enter an Order dismissing Defendant, PRESENCE HEALTH PARTNERS, LLC, a corporation, as a party in this matter, and in support thereof, state:

1. Plaintiffs filed a Complaint at Law against various Defendants, including PRESENCE HEALTH PARTNERS, LLC, a corporation, alleging that as a consequence of the negligent medical care rendered to Plaintiff, BROOKE MIKITA GRASLEY, the Minor Plaintiff, Z.G., died.

2. Plaintiffs learned that Defendant, PRESENCE HEALTH PARTNERS, LLC, a corporation, was not directly or indirectly involved in the medical care and treatment of Plaintiffs and, therefore, is not a proper Defendant in this matter.

3. Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

4. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs request entry of an Order dismissing PRESENCE HEALTH PARTNERS, LLC, a corporation, as a Defendant in this case.

WHEREFORE, Plaintiffs, BROOKE MIKITA GRASLEY, Special Administrator of the Estate of Z.G., Deceased, and BROOKE MIKITA GRASLEY, Individually, move this Court pursuant to Federal Rule of Civil Procedure 41(a)(2), to enter an Order dismissing Defendant, PRESENCE HEALTH PARTNERS, LLC, a corporation, from this case.

Respectfully submitted,

By: s/Keith A. Hebeisen
KEITH A. HEBEISEN
Attorney for Plaintiffs

Keith A. Hebeisen (#6185378)
Sarah F. King (#6306333)
CLIFFORD LAW OFFICES, P.C.
120 N. La Salle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090
KAH@cliffordlaw.com
SFK@cliffordlaw.com