UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BROOKE MIKITA GRASLEY, Special Administrator of the Estate of Z.G., Deceased, and BROOKE MIKITA GRASLEY, Individually, Plaintiffs, | ) | |
| v. | ) | No. 16-cv-01902 |
| THE UNITED STATES OF AMERICA, PRESENCE HOSPITALS PRV, a corporation, d/b/a PRESENCE SAINT JOSEPH MEDICAL CENTER, f/k/a PROVENA SAINT JOSEPH MEDICAL CENTER, PRESENCE HEALTH PARTNERS, LLC, a corporation, JOLIET RADIOLOGICAL SERVICE CORPORATION, a corporation, EDWARD J. BRUNO, M.D., Defendants. | ) | Honorable Samuel Der-Yeghiayan<br>Magistrate Judge Cox |

# CERTIFICATE OF SERVICE

The undersigned, an Attorney for Plaintiff, hereby certifies that on May 18, 2016, in accordance with Fed. R. Civ. P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following discovery document:

***Plaintiffs' Rule 26(a)(1)(A) Disclosure***

was served via email and U.S. Mail upon All Counsel of Record in this matter:

***Attorneys for Defendants, JOLIET RADIOLOGICAL SERVICE CORPORATION, a corporation, and EDWARD J. BRUNO, M.D.***
Sherri M. Arrigo
Laura Coffey
Donohue, Brown, Mathewson & Smyth, LLC
140 South Dearborn, Suite 800
Chicago, Illinois 60603
Main: (312) 422-0900
Fax: (312) 422-0909
sherri.arrigo@dbmslaw.com;
coffey@dbmslaw.com
Shelly: harders@DBMSLAW.COM
Bonita escobedo@DBMSLAW.COM;
Kathy: taylor@DBMSLAW.COM;
service@DBMSLAW.COM

***Attorney for Defendants, PRESENCE CENTRAL AND SUBURBAN HOSPITALS NETWORK d/b/a PRESENCE ST. JOSEPH MEDICAL CENTER (incorrectly sued as PRESENCE HOSPITALS PRV, a corporation, d/b/a PRESENCE SAINT JOSEPH MEDIAL CENTER, f/k/a PROVENA SAINT JOSEPH MEDICAL CENTER), and PRESENCE HEALTH PARTNERS, LLC, a corporation***
Patricia S. Kocour
Jessica A. Levitt
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
Main: (312) 321-9100
Fax: (312) 321-0990
pkocour@SMBTrials.com;
jlevitt@SMBTrials.com
acombs@SMBTrials.com

***Attorney for Defendant, UNITED STATES OF AMERICA (in lieu of KWABENA A. BOATENG MD)***
Zachary T. Fardon
Peter F. Sullivan
Gina Elizabeth Brock
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
Main: (312) 353-5342
DD: (312) 886-9082
gina.brock@usdoj.gov

/s/ Keith A. Hebeisen
Keith A. Hebeisen #6185378
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle, 31st Floor
Chicago, Illinois 60602
(312) 899-9090
kah@cliffordlaw.com